UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KASEY F. HOFFMANN,<br><br>            Plaintiff,<br><br>    v.<br><br>L. PULIDO; C. SMITH,<br><br>            Defendants. | Case No.: 1:18-cv-00209-AWI-SKO<br><br>ORDER DIRECTING THE CLERK OF COURT TO CLOSE CASE |

On January 21, 2020, Plaintiff Kasey F. Hoffmann filed a notice of voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a). (Doc. 29.) Rule 41(a) provides that a "plaintiff may dismiss an action without a court order by filing … a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Fed. R. Civ. P. 41(a)(1)(A)(i). Once a dismissal under Rule 41(a)(1) is properly filed, no order of the court is necessary to effectuate dismissal; the dismissal is effective automatically. *Commercial Space Mgmt. Co. v. Boeing Co.*, 193 F.3d 1074, 1078 (9th Cir. 1999).

///

///

///

///

///

Because Plaintiff filed a notice of dismissal under Rule 41(a)(1), and no opposing party has appeared in this case, this action has terminated. Accordingly, the Court DIRECTS the Clerk of the Court to close this case.

IT IS SO ORDERED.

Dated: **January 23, 2020**          /s/ *Sheila K. Oberto*
                                  UNITED STATES MAGISTRATE JUDGE